# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl Brown, | No. CV-23-08053-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

      Before the Court is the Report and Recommendation (Doc. 21, "R&R") issued by United States Magistrate Judge Camille D. Bibles concluding that the Court should reverse the decision of the Commissioner of Social Security and remand this matter to the Commissioner for further proceedings. In her R&R, Judge Bibles provided the parties notice that they had fourteen days from service of the R&R—which was March 15, 2024—to file any specific written objections to it, and failure to timely object "may result in the acceptance of the R&R by the District Court without further review." (R&R at 20.) Over 30 days have passed since the entry of the R&R and no party has filed any objections thereto, timely or otherwise. The Court therefore may accept the R&R without further review, pursuant to *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court nonetheless reviews the R&R on its merits, and upon doing so, will adopt it in whole, including all of Judge Bibles's reasoning, and reverse and remand for further proceedings.

As did Judge Bibles, the Court finds that the ALJ's decision does not sufficiently articulate the supportability and consistency factors in explaining the ALJ's reasons for rejecting as unpersuasive Dr. Karandish's opinions. (R&R at 8-11.) The Court also agrees that the ALJ's explanation of how the medical evidence before that tribunal was inconsistent with Decedent Corey Brown's ("Mr. Brown") statements was not sufficient, and that the ALJ did not provide specific, clear and convincing reasons, supported by substantial evidence, for discounting Mr. Brown's statements as to his impairments.

**IT IS ORDERED** adopting the R&R (Doc. 21) and reversing the decision of the Commissioner of Social Security. The Court remands to the Commissioner for further proceedings consistent with this Order, as explained in further detail in the adopted R&R submitted by Judge Bibles. (Doc. 21.)

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and close this matter.

Dated this 18th day of April, 2024.

Honorable John J. Tuchi
United States District Judge